IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CARL EDWARDS III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-019 |
| | ) | |
| WARDEN RICK JACOBS; JUDGE | ) | |
| DYWANE GILLIS; GEORGE BARNHILL; | ) | |
| CLAYTON CULP; CECILIA M. HARRIS; | ) | |
| COMMISSIONER TIMOTHY WARD; and | ) | |
| DEPARTMENT OF CORRRECTIONS | ) | |
| RELEASE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, an inmate at Telfair State Prison in Helena, Georgia, submitted a *pro se* complaint, which the Clerk of Court filed in the Dublin Division of this Court. However, the alleged events with the above-named Defendants occurred in Ware County, Georgia. (See doc. no. 1, pp. 3, 5-6.) As Ware County is within the Waycross Division of the Southern District of Georgia, the case shall be transferred. Accordingly, the case is **TRANSFERRED** to the Waycross Division and assigned Civil Action Number: 5:23cv016. Plaintiff should be aware that all future filings, including the response to the February 21, 2022 Notice of Filing Deficiency from the Clerk of Court, should be made with the Clerk, U.S. District Court, Post Office Box 1636, Brunswick, Georgia 31521.

SO ORDERED this 1st day of March, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA