AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARL EDWARDS, III,

    Plaintiff,

v.

RICK JACOBS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-15

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 27, 2023, Plaintiff's consolidated Complaint is dismissed in its entirety following mandatory frivolity screening under 28 U.S.C. § 1915A. Further, Plaintiff's Motion to File an Untimely Appeal and Motion to Correct Void Sentence are denied, and Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

October 27, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020